Mandana Massoumi (SBN 191359)
Rachel C. Schumacher (SBN 235026)
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, CA 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys For Defendant
Target Corporation

Heather McMillan (SBN 188939)
Daniel P. Stevens (SBN 164277)
STEVENS & CARLBERG
1855 West Katella, Suite 330
Orange, CA 92867
Telephone: (714) 288-7300
Facsimile: (714) 288-0660

Attorneys For Plaintiff
Shari Bonnet

JS-6

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARI BONNET,<br><br>            Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO. SACV09-905 DOC (ANx)<br><br>**ORDER RE DISMISSAL**<br><br>**Trial Date:** August 17, 2010 |

4838-7107-1237\1

### ORDER

Upon the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED THAT: the complaint filed by plaintiff Shari Bonnet against defendant Target Corporation in this action, and all causes of action therein, is dismissed with prejudice.

IT IS SO ORDERED.


DATED: March 12, 2010

By _____
Honorable Judge of the United States
District Court for the Central District of
California

4838-7107-1237\1